Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
Peter Klausner (SBN 271902)
pklausner@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California  91436
Telephone:   (818) 839-2333
Facsimile:    (818) 986-9698

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINA ANDREN, SIDNEY BLUDMAN, VIRGINIA CIOFFI, BERNARD FALK, JEANETTE KERZNER-GREEN, CAROL MONTALBANO, and DONALD RIGOT, individually, and on behalf of other members of the general public similarly situated, <br><br>             Plaintiff, <br><br>      vs. <br><br> ALERE, INC., *et al.* <br><br>             Defendants. | Case No.:  16-CV-1255-GPC-AGS <br> **CLASS ACTION** <br><br> **JOINT STIPULATION DISMISSING ENTIRE ACTION WITH PREJUDICE** <br><br> District Judge:  Hon. Gonzalo P. Curiel <br> Magistrate:      Hon. Andrew G. Schopler <br><br><br> Action Filed:   May 26, 2016 <br> Trial Date:      None Set |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Dina Andren, Sidney Bludman, Virginia Cioffi, Bernard Falk, Jeanette Kerzner-Green, Carol Montalbano and Donald Rigot ("Plaintiffs"), and Defendants Alere, Inc., Alere Home Monitoring. Inc., and Alere San Diego, Inc. ("Defendants"), by and through their respective counsel file this Joint Stipulation dismissing the entire action with prejudice, with each side to bear its own attorneys' fees and costs.

Dated:  July 11, 2018                    BARON & BUDD, P.C.

                                    By:    s/ Mark Pifko
                                           Mark Pifko
                                           E-mail: Mpifko@baronbudd.com

                                           Mark Pifko (SBN 228412)
                                           mpifko@baronbudd.com
                                           BARON & BUDD, P.C.
                                           15910 Ventura Blvd., Suite 1600
                                           Encino, California  91436
                                           Telephone:   (818) 839-2333
                                           Facsimile:    (818) 986-9698

                                           Attorney for Plaintiffs


Dated:  July 11, 2018                    KIRKLAND & ELLIS LLP

                                    By:    s/ Brenton Rogers
                                           Brenton Rogers
                                           E-mail: Brenton.rogers@kirkland.com

                                           Brenton Rogers
                                           300 North LaSalle
                                           KIRKLAND & ELLIS LLP
                                           Chicago, IL 60664
                                           Telephone: (312) 862-2000
                                           Facsimile: (312) 862-2200

                                           Attorney for Defendants

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Defendants' counsel and that I have obtained Defendants' counsel's authorization to affix his electronic signature to this document.

Dated:  July 11, 2018

    s/ Mark Pifko
Mark Pifko
E-mail: Mpifko@baronbudd.com