UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINA ANDREN, SIDNEY BLUDMAN, VIRGINIA CIOFFI, BERNARD FALK, JEANETTE KERZNER-GREEN, CAROL MONTALBANO, and DONALD RIGOT, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALERE, INC., *et al.*<br><br>Defendants. | Case No.: 16-CV-1255-GPC-AGS<br>**CLASS ACTION**<br><br>**ORDER RE JOINT STIPULATION DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>District Judge: Hon. Gonzalo P. Curiel<br>Magistrate: Hon. Andrew G. Schopler<br><br><br>Action Filed: May 26, 2016<br>Trial Date: None Set |

The Court, having considered the parties Joint Stipulation Dismissing Entire Action With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby dismisses the entire action with prejudice, with each side to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  July 11, 2018

Hon. Gonzalo P. Curiel
United States District Judge